# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| ADRIAN WADE, | Case No. 4:24-cv-00151-TES |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| TRUIST FINANCIAL, CORP, TRANS UNION, LLC., EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff ADRIAN WADE ("Plaintiff") and Defendants EXPERIAN INFORMATION SOLUTIONS, INC., ("EXPERIAN" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Please be advised that this settlement does not affect Plaintiff's claims or rights as they pertain to Defendants, TRUIST FINANCIAL. ("TRUIST") and EQUIFAX, INC. ("EQUIFAX").

                              RESPECTFULLY SUBMITTED,

Dated: January 16, 2025       By:   *s/ Mark A. Carey*
                                            Mark A. Carey, GA BAR 109360
                                            Law Offices of Mark Carey, P.C.
                                            391 Perimeter Center North, Suite 275
                                            Dunwoody, GA 30346
                                            Phone: (716) 853-9243
                                            Email: markcareylaw@ymail.com
                                            Attorneys for Plaintiff,
                                            ADRIAN WADE

## CERTIFICATE OF SERVICE

I certify that on January 16, 2025, I served Plaintiff ADRIAN WADE's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

> By:  *s/ Mark A. Carey*
> Mark A. Carey, GA BAR 109360
> Law Offices of Mark Carey, P.C.
> 391 Perimeter Center North, Suite 275
> Dunwoody, GA 30346
> Phone: (716) 853-9243
> Email: markcareylaw@ymail.com
> Attorneys for Plaintiff,
> ADRIAN WADE

**NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.**