# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| ADRIAN WADE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| TRUIST FINANCIAL, CORP., TRANS ) | 4:24-CV-00151-TEX |
| UNION, LLC, EQUIFAX, INC., and ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

Defendant Truist Bank, improperly named as Truist Financial Corp. ("Truist"), by and through its undersigned counsel, hereby informs the Court that a settlement has been reached as to all claims of Plaintiff Adrian Wade against Truist in this matter.

Truist, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 27th day of January, 2025.

>  /s/ Rachel R. Friedman
>  Rachel R. Friedman
>  Georgia Bar No. 456493
>  Burr & Forman LLP
>  420 North 20th Street, Ste 3400
>  Birmingham, AL 35203
>  Telephone: (205) 251-3000
>  rfriedman@burr.com

56375253 v1

*Counsel for Defendant Truist Bank*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by CM/ECF Notice of Electronic Filing on this the 27th day of January 2025:

Mark A. Carey
Law Offices of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
*Counsel for Plaintiff*

Christine S. Kapur
1550 Peachtree Street
Atlanta, GA 30309
*Counsel for Equifax*

<u>s/ Rachel R. Friedman</u>
OF COUNSEL