# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| ADRIAN WADE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRUIST FINANCIAL, CORP, TRANS UNION, LLC, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants, | Case No. 4:24-cv-00151<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff ADRIAN WADE ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), hereby dismiss his claims against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN" or "Defendant"), in this action with prejudice, with each party to bear their owns costs and attorneys' fees.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

Dated: April 16, 2025　　　　By:　*/s/ Mark A. Carey*
　　　　　　　　　　　　　　　　Mark A. Carey, Esq., GAB: 109360
　　　　　　　　　　　　　　　　**Law Offices of Mark Carey, P.C**
　　　　　　　　　　　　　　　　500 Roswell Road Ste Bldg C
　　　　　　　　　　　　　　　　Sandy Springs, GA 30342
　　　　　　　　　　　　　　　　P: (716) 853-9243
　　　　　　　　　　　　　　　　E: markcareylaw@ymail.com

　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　ADRIAN WADE

## **CERTIFICATE OF SERVICE**

I certify that on April 16, 2025, I served Plaintiff ADRIAN WADE's Notice of Dismissal using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Mark A. Carey*
Mark A. Carey, Esq., GAB: 109360
**Law Offices of Mark Carey, P.C**
500 Roswell Road Ste Bldg C
Sandy Springs, GA 30342
P: (716) 853-9243
E: markcareylaw@ymail.com

Attorneys for Plaintiff,
ADRIAN WADE