# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| ADRIAN WADE,<br>　　　　　　Plaintiff,<br><br>v.<br><br>TRUIST FINANCIAL, CORP, TRANS UNION, LLC, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　　　Defendants. | Case No. 4:24-cv-00151-TES |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ADRIAN WADE ("Plaintiff"), and Defendants, TRUIST FINANCIAL, CORP, and EQUIFAX, INC. ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned counsels, hereby stipulate that Defendants be dismissed from this case **with Prejudice**, with each party to bear his/its own fees, costs, and disbursements.

Dated: April 16, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　*s/ Mark A. Carey*
　　　　　　　　　　　　　　　　　　Mark A. Carey, GA BAR 109360
　　　　　　　　　　　　　　　　　　Law Offices of Mark Carey, P.C.
　　　　　　　　　　　　　　　　　　391 Perimeter Center North, Suite 275
　　　　　　　　　　　　　　　　　　Dunwoody, GA 30346
　　　　　　　　　　　　　　　　　　P: (716) 853-9243
　　　　　　　　　　　　　　　　　　E: markcareylaw@ymail.com
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　**ADRIAN WADE**

*/s/ Rachel Friedman*
Rachel Friedman
420 20th Street N Ste. 3400
Birmingham, AL 35203
Tel: 205-458-5267
Email: rfriedman@burr.com
Counsel for Defendant, **TRUIST FINANCIAL CORPORATION**

*s/ Christine Kapur*
Christine Kapur Ga. Bar No. 197008
Litigation Equifax Legal Department
1550 Peachtree Street Atlanta, Georgia
30309 Ph. 404-885-8066
Christine.kapur@equifax.com
Counsel for Defendant, **EQUIFAX, INC.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of April 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically gives notice to all counsel of record.

By: *s/ Mark A. Carey*
     Mark A. Carey
